FILED

SEP 0 2 2021

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                              DEPUTY

1

2

3

4

5

6

7

UNITED STATES DISTRICT COURT

8

SOUTHERN DISTRICT OF CALIFORNIA

9

10 | UNITED STATES OF AMERICA,

11 | Plaintiff,

12 | v.

13

14 | Otoniel MEZA,

15 | Defendant.

16

Case No.:   **21MJ8700-RBM**

**FINDINGS OF FACT AND
ORDER OF DETENTION**

17      In accordance with Title 18 U.S.C. § 3142(f) of the Bail Reform Act of 1984 (18

18 | U.S.C. § 3141, et seq.), a detention hearing was held on August 31, 2021, before the

19 | Honorable Ruth Bermudez Montenegro, to determine whether Defendant, Otoniel MEZA,

20 | should be held in custody pending trial on the grounds that he is a flight risk. Assistant U.S.

21 | Attorney Courtney Strange appeared on behalf of the United States. Attorney Bacilio

22 | Varela of Federal Defenders, Inc. appeared on behalf of the Defendant.

23      Based on the evidence proffered by the United States and the Defendant, the

24 | Pretrial Services' report, and the criminal complaint issued against the Defendant, this

25 | Court concludes that the following facts establish by a preponderance of the evidence that

26 | no condition or combination of conditions will reasonably assure the appearance of the

27 | Defendant as required.

28

1

**I**

## FINDINGS OF FACT

A.    <u>Nature and Circumstances of the Offense Charged (18 U.S.C.  §3142(g)(1))</u>:

The Defendant is charged in Out of District Complaint No. 21MJ8700-RBM as a result of the following charges having been filed in a Criminal Complaint in the United States District Court for the Northern District of California: Possession of a Firearm, in violation of Title 18 United States Code Section 922(g)(1) (Count 1); and Possession of Cocaine with Intent to Distribute, in violation of Title 18 United States Code Section 841(a)(1) and (b)(1)(C) (Count 2) (Northern District of California Case No. 20MJ71785-MAG).   The charging document upon which the Out of District Complaint and Arrest Warrant are based on is a Criminal Complaint from the Northern District of California. Therefore, probable cause exists to believe the Defendant committed the charged offense. Additionally, as to Count 2, Defendant is facing a maximum penalty of 20 years in prison.

B.    <u>Weight of the Evidence Against the Defendant (18 U.S.C. § 3142(g)(2))</u>:

1.    The Complaint filed on December 8, 2020 in the Northern District of California alleges two counts, to wit: Possession of a Firearm, in violation of Title 18 United States Code Section 922(g)(1) (Count 1); and Possession of Cocaine with Intent to Distribute, in violation of Title 18 United States Code Section 841(a)(1) and (b)(1)(C) (Count 2). The weight of the evidence, although the least significant factor, is strong against the defendant in that he made admissions as reflected in the affidavit attached to the Criminal Complaint.

C.    <u>History and Characteristics of the Defendant (18 U.S.C. § 3142(g)(3))</u>:

1.    Defendant travels to and has family ties to Mexico.

2.    Defendant has a criminal history.

3.    Defendant has a substance abuse history.

4.    Defendant fled from law enforcement as reflected in the affidavit attached to the Criminal·Complaint.

///

## II

## REASONS FOR DETENTION

A.     There is probable cause to believe that Defendant committed the offense charged in Out of District Complaint No. 21MJ8700-RBM filed as a result of the following charges having been filed by Criminal Complaint in the United States District Court for the Northern District of California: Possession of a Firearm, in violation of Title 18 United States Code Section 922(g)(1) (Count 1); and Possession of Cocaine with Intent to Distribute, in violation of Title 18 United States Code Section 841(a)(1) and (b)(1)(C) (Count 2).

B.     Defendant travels to and has family ties to Mexico.

C.     Defendant has a criminal history.

D.     Defendant has a substance abuse history.

E.     Defendant fled from law enforcement as reflected in the affidavit attached to the Criminal Complaint.

///

///

///

///

///

///

///

///

///

///

///

///

///

///

### III

### <u>ORDER</u>

IT IS HEREBY ORDERED that Defendant be detained pending Identity and Removal Hearing in this matter.

IT IS FURTHER ORDERED that Defendant be committed to the custody of the Attorney General, or his designated representative, for confinement in a correctional facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. Defendant shall be afforded reasonable opportunity for private consultation with counsel.

While in custody, upon order of a court of the United States or upon the request of an attorney for the United States, the person in charge of the correctional facility shall deliver the Defendant to the United States Marshal for the purpose of an appearance in connection with a court proceeding or any other appearance stipulated to by defense and government counsel.

THIS ORDER IS ENTERED WITHOUT PREJUDICE.

IT IS SO ORDERED.

DATED: _9/2/2021_

_____
HON. RUTH BERMUDEZ MONTENEGRO
U.S. MAGISTRATE JUDGE

Prepared by:

RANDY S. GROSSMAN
Acting United States Attorney

_____
Courtney L. Strange
Assistant U.S. Attorney

cc:    Bacilio Varela
       Counsel for Defendant

4