**CHARLES WOODSON** (SBN 258791)
Law Office of Charles Woodson
725 Washington Street
Oakland, California 94607
Tel. (510) 302-8780
Fax. (510) 228-0444
cwoodson@cjswlaw.com

Counsel for Defendant
**OTONIEL MEZA JR.**

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA**,<br>Plaintiff,<br>v.<br>**OTONIEL MEZA JR.**,<br>Defendant. | No. 21-cr-477 EMC<br>**STIPULATION AND ~~[PROPOSED]~~ ORDER TO CONTINUE STATUS CONFERENCE FOR DEFENDANT OTONIEL MEZA, JR. FOR MARCH 15, 2022 TO APRIL 20, 2022 AND TO EXCLUDE TIME FROM MARCH 15, 2022 TO APRIL 20, 2022**<br>Before Honorable Edward M. Chen,<br>U.S. District Court Judge |

IT IS HEREBY STIPULATED by the government and defendant Otoniel Meza, Jr. that the presently scheduled status conference on March 15, 2022 at 2:30 p.m. be continued to 2:30 p.m. on April 20, 2022. The Government has disclosed its initial discovery and Mr. Meza completed the initial screening process for CAP and Mr. Meza may meet the criteria for CAP eligibility. Pretrial Services is waiting on the full substance use evaluation results from the contracted vendor and the assessment is necessary for Pretrial's assessment to evaluate Mr. Meza's suitability for CAP. Counsel for Mr. Meza is unavailable on April 13, 2022 due to a medical appointment.

Consequently, the parties expect the comprehensive CAP assessment for Mr. Meza will be completed by April 20, 2022.

It is also hereby stipulated by and between counsel for the United States and counsel for the Mr. Meza that time be excluded under the Speedy Trial Act from March 15, 2022 through April 20, 2022. The parties stipulate and agree that excluding time until April 20, 2022, will allow for the effective preparation of counsel. *See* 18 U.S.C. § 3161(h)(7)(B)(iv). The parties further stipulate and agree that the ends of justice served by excluding the time from March 15, 2022 through April 20, 2022, from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A), (B)(iv).

**IT IS SO STIPULATED**.

Dated: March 6, 2022

s/ *Charles Woodson*
CHARLES WOODSON
Counsel for Defendant
OTONIEL MEZA, JR.

Dated: March 6, 2022

s/ CW per email authorization
ANKUR SHINGAL
Assistant U.S. Attorney

**~~[PROPOSED]~~ ORDER**

For good case shown, the status conference for defendant Otoniel Meza, Jr. shall be continued from March 15, 2022 at 2:30 p.m. to April 20, 2022 at 2:30 p.m. Based on the reasons stated above, the Court hereby finds just cause that, for adequate preparation of the case by all parties, and in the interest of justice, pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv), an exclusion of time is warranted under the Speedy Trial Act.

IT IS HEREBY FURTHER ORDERED that time is excluded until April 20, 2022.

Date: March 10, 2022

HON. EDWARD M. CHEN
UNITED STATES DISTRICT JUDGE