1    STEPHANIE M. HINDS (CABN 154284)
     United States Attorney
2
     THOMAS A. COLTHURST (CABN 99493)
3    Chief, Criminal Division

4    NICHOLAS M. PARKER (CABN 297860)
     Assistant United States Attorney
5
          450 Golden Gate Avenue, Box 36055
6         San Francisco, California 94102-3495
          Telephone: (415) 436-7368
7         Fax: (415) 436-7234
          Nicholas.Parker3@usdoj.gov
8
     Attorneys for United States of America
9
                          UNITED STATES DISTRICT COURT
10
                        NORTHERN DISTRICT OF CALIFORNIA
11
                             SAN FRANCISCO DIVISION
12

13   UNITED STATES OF AMERICA,               )   CASE NO. 3:21-CR-00477 EMC
                                             )
14        Plaintiff,                         )   **STIPULATION TO CONTINUE STATUS**
                                             )   **CONFERENCE TO OCTOBER 19, 2022, AND**
15        v.                                 )   **TO EXCLUDE TIME FROM JULY 27, 2022, TO**
                                             )   **OCTOBER 19, 2022, AND** [PROPOSED] **ORDER**
16   OTONIEL MEZA,                           )
                                             )
17        Defendant.                         )
                                             )
18   _____)

19        WHEREAS, there presently is a status conference scheduled for July 27, 2022, at 2:30 p.m., in

20   the above-captioned case; and

21        WHEREAS, the parties are continuing to engage in discussions they hope will lead to a mutually

22   agreeable resolution of this case; and

23        WHEREAS, the parties would benefit from additional time for those discussions and to ensure

24   effective preparation.

25        **IT IS HEREBY STIPULATED AND AGREED** by and between counsel for the United States

26   and counsel for the defendant, Otoniel Meza, that the status conference presently scheduled for July 27,

27   2022, at 2:30 p.m., be continued to October 19, 2022, at 2:30 p.m., or such other date that is convenient

28   for the Court, and that time be excluded under the Speedy Trial Act from July 27, 2022, through October

1    19, 2022.

2          The government and counsel for the defendant agree that time should be excluded under the

3    Speedy Trial Act so that defense counsel may obtain necessary documents and continue to prepare,

4    including by reviewing the discovery already produced. For these reasons, the parties stipulate and agree

5    that excluding time until October 19, 2022, will allow for the effective preparation of counsel. *See* 18

6    U.S.C. § 3161(h)(7)(B)(iv). The parties further stipulate and agree that the ends of justice served by

7    excluding the time from July 27, 2022, through October 19, 2022, from computation under the Speedy

8    Trial Act outweigh the best interests of the public and the defendant in a speedy trial. *See* 18 U.S.C.

9    § 3161(h)(7)(A), (B)(iv).

10          The undersigned Assistant United States Attorney certifies that he has obtained approval from

11    counsel for the defendant to file this stipulation and proposed order.

12          **IT IS SO STIPULATED**.

13
DATED:  July 21, 2022                              /s/ *Nicholas Parker*
14                                                NICHOLAS M. PARKER
                                                 Assistant United States Attorney
15

16    DATED:  July 21, 2022                              /s/ *Charles Woodson*
                                                 CHARLES WOODSON
17                                                Counsel for Defendant Otoniel MEZA

18

19

20

21

22

23

24

25

26

27

28

1    **[PROPOSED]** **ORDER**

2        Per agreement of the parties, the status conference presently scheduled in this matter for July 27,

3    2022, at 2:30 p.m., is continued to October 19, 2022, at 2:30 p.m.

4        Further, based upon the facts set forth in the stipulation of the parties, and for good cause shown,

5    the Court finds that failing to exclude the time from July 27, 2022, through October 19, 2022, would

6    unreasonably deny defense counsel and the defendant the reasonable time necessary for effective

7    preparation, taking into account the exercise of due diligence. *See* 18 U.S.C. § 3161(h)(7)(B)(iv). The

8    Court further finds that the ends of justice served by excluding the time from July 27, 2022, through

9    October 19, 2022, from computation under the Speedy Trial Act outweigh the best interests of the public

10   and the defendant in a speedy trial. Therefore, and with the consent of the parties, IT IS HEREBY

11   ORDERED that the time from July 27, 2022, through October 19, 2022, shall be excluded from

12   computation under the Speedy Trial Act. *See* 18 U.S.C. § 3161(h)(7)(A), (B)(iv).

13       **IT IS SO ORDERED**.

14

15   DATED:  July 22, 2022

16                                                          HON. EDWARD M. CHEN
                                                           United States District Judge

17

18

19

20

21

22

23

24

25

26

27

28